IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ARCONIC INC., | : | |
| | : | |
| | : | CIVIL ACTION NO. 2:17-cv-1434-JFC |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| NOVELIS INC., | : | |
| | : | |
| and | : | |
| | : | |
| NOVELIS CORP., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF NOMINATIONS FOR SPECIAL MASTER**

Plaintiff Arconic Inc. ("Arconic") hereby submits its nominations for Special Master. Given the Court's stated willingness to be present for hearings before the Special Master, for the convenience of the parties and the Court, Arconic proposes Tina Miller at Farrell & Reisinger, LLC, Thomas Frampton at Goehring, Rutter & Boehm and Gary Hunt at Tucker Arensberg, P.C. Arconic has confirmed that these candidates have no conflict of interest. Ms. Miller and Mr. Hunt are available immediately to resolve the pending motions. Mr. Frampton's office has indicated that he is available in early January.

December 18, 2017

Respectfully submitted,

*s/ Mark A. Klapow*
Mark A. Klapow (*pro hac* vice)
MKlapow@crowell.com
Michael J. Songer (*pro hac* vice)
MSonger@crowell.com
Julia R. Milewski (*pro hac vice*)
JMilewski@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500

2

Patricia L. Dodge
pld@muslaw.com
Antoinette C. Oliver
aco@muslaw.com
MEYER, UNKOVIC & SCOTT LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315
Telephone: (412) 456-2800

*Attorneys for Plaintiff Arconic Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 18, 2017, the foregoing Plaintiff's Notice of Nominations for Special Master was electronically filed and served upon counsel for the Defendants through the Court's ECF system:

>Charles Kelly
>*charles.kelly@saul.com*
>Michael J. Joyce
>*michael.joyce@saul.com*
>Saul Ewing Arnstein & Lehr LLP
>One PPG Place, 30th Floor
>Pittsburgh, PA 15222
>Tel: (412) 209-2500
>
>William F. Lee (*pro hac vice*)
>*william.lee@wilmerhale.com*
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109
>Tel: (617) 526-6000
>
>Natalie Hanlon Leh (*pro hac vice*)
>*natalie.hanlonleh@wilmerhale.com*
>Wilmer Cutler Pickering Hale and Dorr LLP
>1225 Seventeenth St., Suite 2600
>Denver, CO 80202
>Tel: (720) 274-3135
>
>Mitchell G. Stockwell, Esq. (*pro hac vice*)
>*mstockwell@kilpatricktownsend.com*
>Charles A. Pannell, III, Esq. (*pro hac vice*)
>*cpannell@kilpatricktownsend.com*
>Vaibhav P. Kadaba, Esq. (*pro hac vice*)
>*wkadaba@kilpatricktownsend.com*
>Jeffrey H. Fisher, Esq. (*pro hac vice*)
>*jfisher@kilpatricktownsend.com*
>KILPATRICK TOWNSEND
>& STOCKTON LLP
>Suite 2800, 1100 Peachtree Street NE
>Atlanta, GA 30309-4528
>Tel.: (404) 815-6500

>>*s/ Mark A. Klapow*
>>Mark A. Klapow