# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARCONIC INC.**, | ) CIVIL ACTION NO. 17-1434 |
| Plaintiff, | ) JUDGE JOY FLOWERS CONTI |
| v. | ) |
| **NOVELIS INC.** and **NOVELIS CORP,** | ) |
| Defendants. | ) |

## RULE 53 DECLARATION CONCERNING SPECIAL MASTER APPOINTMENT

I, Faith Hochberg, pursuant to 28 U.S.C.§ 1746, declare and state as follows in connection with my proposed appointment as Special Master in the above-captioned matter:

1. I have no personal bias or prejudice concerning any of the parties to this matter, or personal knowledge of disputed evidentiary facts concerning the proceeding.

2. I have not previously served as counsel in the matter in controversy, nor has any other lawyer with whom I practice served as counsel in this matter.

3. I have not previously participated as counsel, adviser, or material witness in the proceeding or expressed an opinion concerning the merits of the case.

4. Neither I nor anyone in my household has any financial interest in the subject matter in controversy, or is a party to the proceeding, or has any other interest that could be substantially affected by the outcome of the proceeding.

5. Neither I, nor a person within the third degree of relationship is (i) a party to the proceeding, or an officer, director, or trustee of a party; (ii) acting as a lawyer in the proceeding; (iii) is known by me to have an interest that could be substantially affected by the outcome of the proceeding; or (iv) to my knowledge likely to be a material witness in the proceeding.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 20, 2017   Respectfully submitted,

/s/ *Faith Hochberg*
The Honorable Faith Hochberg
Judgehochberg@judgehochberg.com
(201)677-2378