IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARCONIC, INC.,                              Civil Action No. 2:17-cv-01434-JFC

      Plaintiff,

  v.

NOVELIS INC. and NOVELIS CORP.,

      Defendants.

## ORDER OF COURT

AND NOW, this <u>22nd</u> day of <u>December</u>, 2017, upon consideration of Defendants' Motion to Stay and/or Continue Case Management Deadlines, it is hereby ORDERED that said Motion is GRANTED, and the case management deadlines stated in this Court's November 28, 2017 Order (Doc. #20) are hereby STAYED pending the Court's appointment of an appropriate Special Master to conduct the pretrial proceedings in this matter. After appointment of said Special Master, the Court intends to issue new case management deadlines.

BY THE COURT:

/s/ Joy Flowers Conti     J.

The Honorable Joy Flowers Conti
Chief United States District Judge