IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ARCONIC INC., | : | |
| | : | CIVIL ACTION NO. 2:17-cv-1434-JFC |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| NOVELIS INC., | : | |
| | : | |
| and | : | |
| | : | |
| NOVELIS CORP., | : | |
| | : | |
| Defendants. | : | |

**ORDER OF COURT**

AND, NOW, on this  5th  day of      January      , 2018, upon consideration of Plaintiff's Emergency Motion to Seal, it is hereby ORDERED that Arconic's requests that Exhibit Nos. 1 and 2 to ECF. No. 54, and Exhibit Nos. 4, 5, and 6 to ECF No. 30 be sealed until further order of court and removed from the public record now is GRANTED.  No redaction is required.

/s/ Joy Flowers Conti
Chief United States District Judge