**REDACTED VERSION**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARCONIC INC., | : |
|       Plaintiff, | :    CIVIL ACTION NO. 2:17-cv-1434-JFC |
| vs. | : |
| NOVELIS INC., | : |
| and | : |
| NOVELIS CORP., | : |
|       Defendants. | : |

## ARCONIC'S TRADE SECRET IDENTIFICATION

Arconic provides this early trade secret identification for informational purposes and despite the absence of any obligation to do so. Arconic's investigation is not complete, and Novelis has yet to submit to any discovery. In fact, when Arconic described Novelis' request as an interrogatory to identify trade secrets with specificity, even before discovery had officially been served, Novelis' counsel did not disagree. Arconic agrees to do so now because Novelis' counsel has made clear that it was "not suggesting for a minute that once the playing field is set, once we know what the trade secrets are, that there won't be full and complete discovery" including "much of what" Arconic requested on an expedited basis. Arconic wants to move the ball forward under the understanding, as represented by Novelis' counsel, that "it's not to say that you can't identify other [trade secrets] later, if you uncover that during discovery" and "if down the road you uncover what you think was a trade secret that you didn't know before you can move" for preliminary injunctive relief. Thus, Arconic reserves the right to supplement this list at any time without limitation.

Subject to and without waiving these or other general objections identified in response to future interrogatories, Arconic alleges that its trade secrets in this suit include at least the following:

1. ███████████████████████████:
   a) ███████████████████████████;
   b) █████████████████████████████████;
   c) ████████████████████████████████;
   d) ████████████████████████████████████████████████████
      ███████████████;
   e) █████████████████████████████████████████████; and,
   f) ███████████████████████████████.
2. ████████████████████████████████████████████████████
   █████████████████.
3. ████████████████████████████████████████████.
4. ██ █████████████████████████████████████████████████
   ███████████████████████.
5. ████████████████████████████████████████████████████
   ████████████████████████.
6. ████████████████████████████████████████████████████
   ████████████████████████.
7. ████████████████████████████████████████████████████
   ███████████████████████.
8. ████████████████████████████████████████████████████



**REDACTED VERSION**

███████████████████████████████████████████████

█████████.

20. ███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████.

21. █████████████████████████████████

22. ████████████████████████████████:

  a) ███████████████████████████████████████████

   █████████;

  b) ███████████████████████████████████████████

   ███████████████████████████████████████████

   █████████████████████████████████████;

  c) ███████████████████████████████████████████

   █████████████████████████████;

  d) ███████████████████████████████████████████

   ███████████████████████████████████████████

   █████████████████████████████;

  e) ███████████████████████████████████████████

   ███████████████████████████████████████████

   █████████████████; and,

  f) █████████████████████████████████████████.

23. ███████████████████████████████████████████████

█████████████████████████████████

24 ███████████████████████████████████████

█████████.

25 ███████████████████████████████████████

█████████████

January 22, 2018                                        Respectfully submitted,

*s/ Mark A. Klapow*
Mark A. Klapow (*pro hac* vice)
MKlapow@crowell.com
Michael J. Songer (*pro hac* vice)
MSonger@crowell.com
Julia R. Milewski (*pro hac vice*)
JMilewski@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500

Patricia L. Dodge
pld@muslaw.com
Antoinette C. Oliver
aco@muslaw.com
MEYER, UNKOVIC & SCOTT LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315
Telephone: (412) 456-2800

*Attorneys for Plaintiff Arconic Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2018, the foregoing was electronically filed and served upon counsel for the Defendants through the Court's ECF system:

Charles Kelly
*charles.kelly@saul.com*
Michael J. Joyce
*michael.joyce@saul.com*
Saul Ewing Arnstein & Lehr LLP
One PPG Place, 30th Floor
Pittsburgh, PA 15222
Tel: (412) 209-2500

William F. Lee (*pro hac vice*)
*william.lee@wilmerhale.com*
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

Natalie Hanlon Leh (*pro hac vice*)
*natalie.hanlonleh@wilmerhale.com*
Wilmer Cutler Pickering Hale and Dorr LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: (720) 274-3135

Mitchell G. Stockwell, Esq. (*pro hac vice*)
*mstockwell@kilpatricktownsend.com*
Charles A. Pannell, III, Esq. (*pro hac vice*)
*cpannell@kilpatricktownsend.com*
Vaibhav P. Kadaba, Esq. (*pro hac vice*)
*wkadaba@kilpatricktownsend.com*
Jeffrey H. Fisher, Esq. (*pro hac vice*)
*jfisher@kilpatricktownsend.com*
KILPATRICK TOWNSEND
& STOCKTON LLP
Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528
Tel.: (404) 815-6500

s/ Julia R. Milewski
Julia R. Milewski