## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARCONIC INC.,** | : | |
| | : | **No. 2:17-CV-01434** |
| **Plaintiff,** | : | |
| | : | **Chief District Judge** |
| **v.** | : | **Joy Flowers Conti** |
| | : | |
| **NOVELIS INC.,** | : | |
| **NOVELIS CORP.,** | : | |
| | : | |
| **Defendants.** | : | |

### JOINT STATUS REPORT REGARDING ESI STIPULATION

On April 3, 2018, the Court held a Rule 16 conference with counsel for Arconic Inc. ("Arconic") and Novelis Inc. and Novelis Corp. (together, "Novelis") in attendance.  The Court required that the parties meet and confer and attempt to resolve any disagreements on the ESI Stipulation and raise any unresolved issues with the Special Master.  The Court further required that the parties file the ESI Stipulation or a status report within two weeks.  *See* April 4, 2018 Minute Entry.  Accordingly, the parties submit this Joint Status Report Regarding ESI Stipulation.

The parties have met and conferred regarding the ESI Stipulation, and have reached an agreement as to most issues.  For the issues on which the parties could not reach agreement, the parties have informed the Special Master and have submitted letters explaining their positions on April 13, 2018.  The Special Master has scheduled a conference to address the parties' dispute regarding the ESI Stipulation on April 20, 2018.

April 17, 2018

Respectfully submitted,

*Attorneys for Plaintiff Arconic Inc.*

*Attorneys for Defendants Novelis Inc. & Novelis Corp.*

s/ Patricia L. Dodge
Patricia L. Dodge
Antoinette C. Oliver
MEYER, UNKOVIC & SCOTT LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315
Tel: (412) 456-2800
Fax: (412) 456-2864

Mark A. Klapow (*pro hac* vice)
Michael J. Songer (*pro hac* vice)
Julia R. Milewski (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2975
Fax: (202) 628-5116

s/ Michael J. Joyce
Charles Kelly
*charles.kelly@saul.com*
Michael J. Joyce
*michael.joyce@saul.com*
Saul Ewing Arnstein & Lehr LLP
One PPG Place, 30th Floor
Pittsburgh, PA 15222
Tel: (412) 209-2500
Fax: (412) 209-2539

William F. Lee (*pro hac vice*)
*william.lee@wilmerhale.com*
Mark G. Matuschak (*pro hac vice*)
*mark.matuschak@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Natalie Hanlon Leh (*pro hac vice*)
*natalie.hanlonleh@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: (720) 274-3135
Fax: (720) 274-3133

Mitchell G. Stockwell, Esq. (*pro hac vice*)
*mstockwell@kilpatricktownsend.com*
Charles A. Pannell, III, Esq. (*pro hac vice*)
*cpannell@kilpatricktownsend.com*
Vaibhav P. Kadaba, Esq. (*pro hac vice*)
*wkadaba@kilpatricktownsend.com*
Jeffrey H. Fisher, Esq. (*pro hac vice*)
*jfisher@kilpatricktownsend.com*
KILPATRICK TOWNSEND
& STOCKTON LLP
Suite 2800, 1100 Peachtree Street NE

Atlanta, GA 30309-4528
Tel: (404) 815-6500
Fax: (404) 815-6555