IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARCONIC INC., | : |
| Plaintiff, | : Civil Action No. 2:17-cv-1434-JFC |
| vs. | : |
| NOVELIS INC., | : |
| and | : |
| NOVELIS CORP., | : |
| Defendants. | : |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Arconic Inc. ("Arconic") hereby files its response to this Court's April 18, 2018 Order to Show Cause (Dkt. 108) why the Amended Complaint (Dkt. 106) should not be stricken and respectfully states as follows:

Arconic consents to the striking of the Amended Complaint pending this Court's decision to adopt, modify, or reject Report and Recommendation #5 (Dkt. 92) of the Special Master.

Further, Defendants have raised with counsel for Arconic the issue of the alleged confidentiality of a sentence fragment in the Amended Complaint. Arconic does not agree with the merits of that argument but does not object to sealing the stricken Amended Complaint from the public record if this Court is inclined to do so because the merits of the confidentiality issue may be addressed at a later date.

| | |
|---|---|
| April 24, 2018 | Respectfully submitted, |

s/ Julia Milewski
Mark A. Klapow (*pro hac vice*)
Michael J. Songer (*pro hac vice*)
Julia R. Milewski (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2975
Fax: (202) 628-5116

Patricia L. Dodge
Antoinette C. Oliver
MEYER, UNKOVIC & SCOTT LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315
Telephone: (412) 456-2800
Fax: (412) 456-2864

*Attorneys for Plaintiff Arconic Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2018, a copy of the foregoing Plaintiff's Response to Order to Show Cause was served upon the following parties via ECF filing:

Charles Kelly
charles.kelly@saul.com
Michael J. Joyce
michael.joyce@saul.com
Saul Ewing Arnstein & Lehr LLP
One PPG Place, 30th Floor
Pittsburgh, PA 15222
Tel: (412) 209-2500

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Mark G. Matuschak
mark.matuschak@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

Natalie Hanlon Leh (*pro hac vice*)
natalie.hanlonleh@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: (720) 274-3135

Mitchell G. Stockwell, Esq. (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Charles A. Pannell, III, Esq. (*pro hac vice*)
cpannell@kilpatricktownsend.com
Vaibhav P. Kadaba, Esq. (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Jeffrey H. Fisher, Esq. (*pro hac vice*)
jfisher@kilpatricktownsend.com
Kilpatrick Townsend & Stockton LLP
Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528
Tel.: (404) 815-6500

/s/ Julia Milewski
Julia R. Milewski