**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| ARCONIC INC., | : | |
|  | : | |
|  | : | CIVIL ACTION NO. 2:17-cv-1434-JFC |
| Plaintiff, | : | |
|  | : | |
| vs. | : | |
|  | : | |
| NOVELIS INC., | : | |
|  | : | |
| and | : | |
|  | : | |
| NOVELIS CORP., | : | |
|  | : | |
| Defendants. | : | |

## ORDER OF COURT

AND, NOW, on this _____ day of _____, 2018, upon consideration of Plaintiff's Response to Order to Show Cause, it is hereby ORDERED that this Court (i) strike the Amended Complaint (Dkt. 106) pending this Court's decision to adopt, modify, or reject Report and Recommendation #5 (Dkt. 92) of the Special Master and (ii) at this Court's discretion, seal the stricken Amended Complaint from the public record.

_____
Chief United States District Judge.