### IN THE UNITED STATES DISTRICT COURT FOR
### THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCONIC INC., | : | |
| | : | No. 2:17-CV-01434 |
| Plaintiff, | : | |
| | : | |
| v. | : | Chief District Judge |
| | : | Joy Flowers Conti |
| NOVELIS INC., | : | |
| NOVELIS CORP., | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS' RESPONSE TO
### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Defendants Novelis Inc. and Novelis Corp. (collectively "Novelis") by and through its undersigned counsel files this Response to Plaintiff's Response to Order to Show Cause (Dkt. 110) and the Court's April 18, 2018 Order to Show Cause (Dkt. 108) why Arconic's Amended Complaint should not be stricken.

Novelis concurs with Arconic's position and believes the Amended Complaint should be stricken because (a) Arconic did not seek leave of the Court to amend its Complaint under Federal Rule of Civil Procedure 15, and (b) Arconic's Amended Complaint exceeds the scope of the Special Master's Report and Recommendation #5.  If Arconic moves for leave to amend its Complaint, the Court should only grant leave consistent with the Special Master's Report and Recommendation #5.

Novelis also agrees that Arconic's Amended Complaint should be sealed because it contains confidential information Novelis provided to Arconic labeled with a confidentiality designation.  Novelis requests that Arconic first meet and confer with Novelis if it seeks to amend its complaint to include confidential information.  If Arconic seeks to challenge Novelis's

confidentiality designations, Novelis requests that Arconic follow the process set forth in section 5 of the Protective Order (Dkt. 79).

Respectfully submitted,

**NOVELIS INC. AND NOVELIS CORP.,
DEFENDANTS**

Dated: May 1, 2018

/s/ *Natalie Hanlon Leh*

Natalie Hanlon Leh (pro hac vice)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: (720) 274-3160
Natalie.HanlonLeh@wilmerhale.com

William F. Lee (pro hac vice)
Mark G. Matuschak (pro hac vice)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
William.Lee@wilmerhale.com
Mark.Matuschak@wilmerhale.com

Charles Kelly
Michael J. Joyce
SAUL EWING ARNSTEIN & LEHR LLP
One PPG Place, 30th Floor
Pittsburgh, PA  15222
Tel.: (412) 209-2500
Charles.kelly@saul.com
Michael.joyce@saul.com

Mitchell G. Stockwell
Charles A. Pannell, III
Vaibhav P. Kadaba
Jeffrey H. Fisher
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800, 1100 Peachtree Street NE

Atlanta, GA  30309-4528
Tel.: (404) 815-6500
mstockwell@kilpatricktownsend.com
cpannell@kilpatricktownsend.com
wkadaba@kilpatricktownsend.com
jfisher@kilpatricktownsend.com

*Attorneys for Defendant Novelis Inc. and Novelis Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2018, the foregoing document was electronically filed and

served upon counsel for the Plaintiff through the Court's ECF system:

Mark A. Klapow
Michael J. Songer
Julia R. Milewski
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Patricia L. Dodge
Antoinette C. Oliver
MEYER, UNKOVIC & SCOTT LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315

***Counsel for Plaintiff Arconic Inc.***

*/s/ Natalie Hanlon Leh*
Natalie Hanlon Leh