IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARCONIC INC., | ) ELECTRONICALLY FILED |
| Plaintiff, | ) Civil Action No. 2:17-cv-01434 |
| vs. | ) |
| NOVELIS INC., and NOVELIS CORP., | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

AND NOW COMES the undersigned, Nicholas J. Bell, and moves to withdraw his appearance only on behalf of the Plaintiff, Arconic Inc., in the above-referenced matter, and in support thereof, sets forth the following:

1. The undersigned is currently one of the counsel of record in the above-referenced lawsuit.

2. It is necessary for the undersigned to withdraw as counsel in this matter because as of November 23, 2019, he will be leaving the employment of Meyer, Unkovic & Scott LLP.

3. Plaintiff, Arconic Inc. has been and will continue to be represented by attorneys from the law firm of Reichman Jorgensen LLP and Meyer, Unkovic & Scott LLP.

4. As such, the Plaintiff will not be prejudiced by this withdrawal.

WHEREFORE, the undersigned respectfully requests this Court to grant this Motion to Withdraw Appearance and enter an Order withdrawing his appearance in this case and removing him from the Court's ECF system for this matter.

                                    Respectfully submitted,

                                    */s/Nicholas J. Bell*
                                  Nicholas J. Bell
                                  PA I.D. #307782
                                  *njb@muslaw.com*

| | |
|---|---|
| Sarah Jorgensen (*Pro Hac Vice)*<br>REICHMAN JORGENSEN LLP<br>1201 West Peachtree Street, Suite 2300<br>Atlanta, GA 30309<br>(650) 623-1403<br>*sjorgensen@reichmanjorgensen.com*<br><br>Christine Lehman (*Pro Hac Vice*)<br>Natalie Hausknecht (*Pro Hac Vice*)<br>REICHMAN JORGENSEN LLP<br>1615 M Street, N.W., Suite 300<br>Washington, D.C. 20036<br>(202) 894-7311<br>*clehman@reichmanjorgensen.com*<br>*nhausknecht@reichmanjorgensen.com* | Courtland L. Reichman (*Pro Hac Vice*)<br>Caroline Walters (*Pro Hac Vice*)<br>REICHMAN JORGENSEN LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood Shores, CA 94065<br>(650) 623-1401<br>*creichman@reichmanjorgensen.com*<br>*cwalters@reichmanjorgensen.com*<br><br>Antoinette C. Oliver (PA I.D. #206148)<br>MEYER, UNKOVIC & SCOTT LLP<br>Henry W. Oliver Building<br>535 Smithfield Street, Suite 1300<br>Pittsburgh, PA 15222-2315<br>Tel: (412) 456-2800<br>*aco@muslaw.com*<br><br>*Attorneys for Plaintiff Arconic Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of November, 2019, I electronically filed the foregoing Motion to Withdraw Appearance using the CM/ECF system which constitutes service upon counsel of record.

                                                  */s/ Nicholas J. Bell*
                                                  Nicholas J. Bell