IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCONIC INC., | : | |
| | : | No. 2:17-CV-01434 |
| **Plaintiff,** | : | |
| | : | **Chief District Judge** |
| v. | : | **Joy Flowers Conti** |
| | : | |
| NOVELIS INC., | : | |
| NOVELIS CORP., | : | |
| | : | |
| **Defendants.** | : | |

## MOTION TO WITHDRAW

Pursuant to LCvR 83.2.C.4, Charles A. Pannell of the law firm of Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend") moves for his withdrawal as attorney for record for Defendants Novelis Inc. and Novelis Corp. (collectively, "Novelis" or "Defendants"). Mr. Pannell submits the following in support of the Motion:

1. The following attorneys from the law firm Kilpatrick Townsend previously entered their appearances on behalf of Defendants in this matter: Mitchell G. Stockwell (appearance entered November 30, 2017), Jeffrey H. Fisher (appearance entered on November 30, 2017), and Vaibhav P. Kadaba (appearance entered on November 30, 2017.

2. Mr. Pannell has departed Kilpatrick Townsend.

3. Defendants will not be prejudiced by Mr. Pannell's departure. They will continue to be represented by attorneys from Kilpatrick Townsend, Wilmer Cutler Pickering Hale & Dorr LLP, and Saul Ewing Arnstein & Lehr LLP, admitted to the bar of this Court.

4. Kilpatrick Townsend will serve a copy of this Motion on all counsel of record and the Defendants concurrently with the filing of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court grant this Motion to

Withdraw, an enter an order withdrawing Charles A. Pannell's appearance in this case and removing Charles A. Pannell from the Court's electronic notice system for this case.

Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

Dated: May 28, 2020

*/s/ Charles A. Pannell*
Mitchell G. Stockwell (*pro hac vice*)
Vaibhav P. Kadaba (*pro hac vice*)
Charles A. Pannell
Jeffrey H. Fisher (*pro hac vice*)
Kilpatrick Townsend & Stockton LLP
Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528
Tel.: (404) 815-6500
mstockwell@kilpatricktownsend.com
wkadaba@kilpatricktownsend.com
cpannell@kilpatricktownsend.com
jfisher@kilpatricktownsend.com

WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: (720) 274-3160

William F. Lee (*pro hac vice*)
Mark G. Matuschak (*pro hac vice*)
Kate Saxton (*pro hac vice*)
Marissa Lalli (*pro hac vice*)
Holly A. Ovington (*pro hac vice*)
Julia Prochazka (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
William.Lee@wilmerhale.com
Mark.Matuschak@wilmerhale.com
Kate.Saxton@wilmerhale.com
Marissa.Lalli@wilmerhale.com
Holly.Ovington@wilmerhale.com

Julia.Prochazka@wilmerhale.com

Joseph J. Yu (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Joseph.Yu@wilmerhale.com

Charles Kelly
Michael J. Joyce
Saul Ewing Arnstein & Lehr LLP
One PPG Place, 30th Floor
Pittsburgh, PA 15222
Tel: (412) 209-2500
charles.kelly@saul.com
michael.joyce@saul.com

*Attorneys for Defendants Novelis Inc. and Novelis Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2020, I electronically filed the foregoing Motion to Withdraw with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record in this case.

                          /s/*Charles A. Pannell*
                          Charles A. Pannell