IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCONIC INC., | : | |
| | : | Civil Action No. 2:17-cv-1434-JFC |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge |
| | : | Joy Flowers Conti |
| NOVELIS INC., | : | |
| | : | |
| and | : | |
| | : | |
| NOVELIS CORP., | : | |
| | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW

Pursuant to LCvR 83.2.C.4, Mohit Gourisaria of the law firm of Reichman Jorgensen LLP, moves for his withdrawal as attorney of record for Plaintiff Arconic Inc., ("Arconic" or "Plaintiff"). Mr. Gourisaria submits the following in support of the Motion:

1. The undersigned is currently one of the counsel of record in the above-referenced lawsuit.

2. It is necessary for the undersigned to withdraw as counsel in this matter because as of June 12, 2020, he will be departing Reichman Jorgensen LLP.

3. Arconic has been and will continue to be represented by attorneys from the law firms of Reichman Jorgensen LLP, Kellogg, Hansen, Todd, Figel & Frederick PLLC, and Meyer, Unkovic & Scott LLP.

4. As a result, the Plaintiff will not be prejudiced by this withdrawal.

Reichman Jorgensen will serve a copy of this Motion on all counsel of record and

the Defendants concurrently with the filing of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court grant this Motion to Withdraw, and enter an order withdrawing Mr. Gourisaria's appearance in this case and removing Mr. Gourisaria from the Court's electronic notice system for this case.

Dated: June 10, 2020

Respectfully submitted,

/s/ *Mohit Gourisaria*

| | |
|---|---|
| Sarah O. Jorgensen (*Pro Hac Vice)*<br>REICHMAN JORGENSEN LLP<br>1201 West Peachtree Street, Suite 2300<br>Atlanta, GA 30309<br>Tel: (404) 609-1040<br>sjorgensen@reichmanjorgensen.com<br><br>Christine E. Lehman (*Pro Hac Vice*)<br>Connor Houghton (*Pro Hac Vice*)<br>David King (*Pro Hac Vice*)<br>Adam Adler (*Pro Hac Vice*)<br>REICHMAN JORGENSEN LLP<br>818 Connecticut Ave NW, Suite 850<br>Washington, D.C. 20006<br>Tel: (202) 894-7310<br>clehman@reichmanjorgensen.com<br>choughton@reichmanjorgensen.com<br>dking@reichmanjorgensen.com<br>aadler@reichmanjorgensen.com<br><br>Aaron M. Panner (*Pro Hac Vice*)<br>Colling White (*Pro Hac Vice*)<br>KELLOGG HANSEN TODD FIGEL &<br>FREDERICK PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>Tel: (202) 326-7900<br>apanner@kellogghansen.com<br>cwhite@kellogghansen.com | Courtland L. Reichman (*Pro Hac Vice*)<br>Caroline M. Walters (*Pro Hac Vice*)<br>Mohit Gourisaria (*Pro Hac Vice*)<br>Karlanna Lewis (*Pro Hac Vice*)<br>REICHMAN JORGENSEN LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, California 94065<br>Tel: (650) 623-1401<br>creichman@reichmanjorgensen.com<br>cwalters@reichmanjorgensen.com<br>mgourisaria@reichmanjorgensen.com<br>klewis@reichmanjorgensen.com<br><br><br>Antoinette C. Oliver (PA I.D. #206148)<br>Katelin J. Montgomery (PA I.D. #322698)<br>MEYER, UNKOVIC & SCOTT LLP<br>535 Smithfield Street, Suite 1300<br>Pittsburgh, PA 15222-2315<br>Tel: (412) 456-2800<br>aco@muslaw.com<br>kjm@muslaw.com<br><br><br><br><br><br><br>*Attorneys for Plaintiff Arconic Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 10, 2020, the foregoing Plaintiff's Motion to Withdraw Mohit Gourisaria was electronically served and filed by use of the court's ECF system.

/s/ *Mohit Gourisaria*
Mohit Gourisaria