IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCONIC INC., | : | |
| | : | Civil Action No. 2:17-cv-1434-JFC |
| Plaintiff, | : | |
| | : | |
| v. | : | Senior District Judge |
| | : | Joy Flowers Conti |
| NOVELIS INC., | : | |
| | : | |
| and | : | |
| | : | |
| NOVELIS CORP., | : | |
| | : | |
| Defendants. | : | |

### ARCONIC RESPONSE TO NOVELIS' MOTION TO JOIN ARCONIC CORP. AND FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIMS

Plaintiff Arconic Inc. ("Arconic") hereby notifies the Court that it does not oppose the relief Novelis seeks in its motion to join Arconic Corp. and file second amended counterclaims (Dkt. 696). Arconic does not agree with the statements or arguments presented in Novelis' motion or the substance of Novelis' proposed amended counterclaims. Arconic reserves all rights to challenge the allegations included in Novelis' second amended counterclaims.

Dated: July 9, 2021                              Respectfully submitted,

                                                 */s/ Caroline M. Walters*

<div style="columns:2">

Sarah O. Jorgensen (*Pro Hac Vice)*
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Tel: (404) 609-1040
sjorgensen@reichmanjorgensen.com

Christine E. Lehman (*Pro Hac Vice*)
Connor Houghton (*Pro Hac Vice*)
Adam Adler (*Pro Hac Vice*)
David A. King Jr (*Pro Hac Vice*)
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1710 Rhode Island Avenue, NW
12th Floor
Washington, DC 20036
Tel: (202) 894-7310
clehman@reichmanjorgensen.com
choughton@reichmanjorgensen.com
aadler@reichmanjorgensen.com
dking@reichmanjorgensen.com

Aaron M. Panner (*Pro Hac Vice*)
Collin R. White (*Pro Hac Vice*)
KELLOGG HANSEN TODD FIGEL &
FREDERICK PLLC
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
apanner@kellogghansen.com
cwhite@kellogghansen.com

Courtland L. Reichman (*Pro Hac Vice*)
Caroline M. Walters (*Pro Hac Vice*)
Karlanna M. Lewis (*Pro Hac Vice*)
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Tel: (650) 623-1401
creichman@reichmanjorgensen.com
cwalters@reichmanjorgensen.com
klewis@reichmanjorgensen.com

Antoinette C. Oliver (PA I.D. #206148)
MEYER, UNKOVIC & SCOTT LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315
Tel: (412) 456-2800
aco@muslaw.com

*Attorneys for Plaintiff Arconic Inc.*

</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 9, 2021, the foregoing document was electronically served and filed by use of the court's ECF system.

/s/ Caroline M. Walters