IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCONIC CORP., | : | |
| HOWMET AEROSPACE INC. | : | No. 2:17-CV-01434-JFC |
| | : | |
| Plaintiffs, | : | |
| | : | Senior District Judge |
| v. | : | Joy Flowers Conti |
| | : | |
| NOVELIS INC., | : | |
| NOVELIS CORP., | : | |
| | : | |
| Defendants. | | |

ORDER
GRANTING LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

**AND NOW**, this  31st  day of  August , 2021, upon consideration of Defendants' Motion for Leave to File Under Seal Defendants' Response to Arconic's Objections to Report & Recommendation No. 40 and accompanying exhibits ("Response"), it is hereby **GRANTED**.  Defendants may file under seal their Response.  Defendants may file a redacted version of their Response.

**SO ORDERED**.

BY THE COURT:

s/Joy Flowers Conti
Senior District Judge Joy Flowers Conti